UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 04-1951

DELTA FUNDING CORPORATION

v.

ALBERTA HARRIS,
<u>Appellant</u>

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil No. 02-cv-04080)
District Judge: Hon. John C. Lifland

Argued: May 10, 2005

Before:  SLOVITER, FISHER and ALDISERT, <u>Circuit Judges</u>

<u>JUDGMENT</u>

This cause came on to be considered on the record from the United States District Court for the District of New Jersey and was argued on May 10, 2005.

On consideration whereof, it is now hereby ORDERED and ADJUDGED that the judgment of the District Court entered March 5, 2004, be and the same is hereby remanded to that Court.  Each party to bear its own costs.  All of the above in accordance

with the opinion of this Court.

ATTEST:

/s/ Marcia M. Waldron
Clerk

Dated: October 3, 2006